**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
CIVIL DIVISION

KIMBERLY AND ROYCE CHANNEY,                 :
996 Gallery Lane
Ann Arbor, Michigan 48103,                  :

                                            :

      Plaintiff,                             :

                                            :

v.                                          :      Case No. _____

                                            :

MARRIOTT INTERNATIONAL, INC.,               :
10400 Fernwood Road,
Bethesda, Maryland 20817                    :

                                            :
Serve:  Corporate Creations Network, Inc.
        Registered Agent                    :
        1629 K Street, NW #300
        Washington, DC 20006                :

                                            :

      Defendants.                            :

---

## NOTICE OF REMOVAL

COMES NOW the Defendant, Marriott International, Inc., by and through its undersigned counsel, Budow and Noble, P.C. and Walter E. Gillcrist, Jr. and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.      On or about October 18, 2016, Plaintiffs Kimberly and Royce Channey ("Plaintiffs") filed an action against Defendant in the Superior Court for the District of Columbia styled *Kimberly Channey, et al. vs. Marriott International, Inc.*, Civil Action No. 2016 CA 007653 B.

2.      Defendant Marriott International, Inc. was served with process on October 24, 2016.

3.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons and Notice of Service of Process are attached hereto as Exhibit A.

4.      The Complaint asserts that Plaintiff Kimberly Channey, who is a resident of the State of Michigan, is believed to have been the victim of a sexual assault on or about May 5, 2006 [sic], while Plaintiff was a guest at the Marquis Marriott, which is located at 901 Massachusetts Avenue, NW, Washington, D.C. 20001.

5.      Plaintiffs Kimberly and Royce Channey have asserted claims of negligent spoliation of evidence and loss of consortium against Defendant Marriott International, Inc. Plaintiffs seek a total of $5,000,000.00 in compensatory damages in the two counts plus interest and costs.

### Procedural Posture

6.      This Notice of Removal of this case to the United States District Court is filed by Defendant Marriott International, Inc. within thirty (30) days after service of the Summons and Complaint upon it, and is therefore timely.  *See* 28 U.S.C. § 1446(b).

### Parties

7.      Plaintiffs allege in their Complaint that both Plaintiffs reside in the State of Michigan (Complaint at ¶ 3).  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiffs are citizens of Michigan.

8.      Defendant Marriott International, Inc. is a foreign corporation (Complaint ¶ 2). Defendant is actually a Delaware corporation.  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Defendant Marriott International, Inc. is a citizen of Delaware.

### Jurisdiction

9.      This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10.     This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a).  Section 1332(a) provides in pertinent part as follows:

(a)    The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between-

(1)    citizens of different states...

11.    Plaintiffs are citizens of Michigan and Defendant Marriott International, Inc. is a citizen of Delaware.  Therefore, complete diversity exists between Plaintiffs and Defendant.

12.    Plaintiffs' Complaint seeks $5,000,000.00 in compensatory damages, plus interest and costs.

13.    Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record.  A copy of the Notice to the Clerk of Removal is attached hereto as <u>Exhibit B</u>.

15.    No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Marriott International, Inc. hereby removes to this Honorable Court the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

/s/
_____
Walter E. Gillcrist, Jr., Esquire,
7315 Wisconsin Avenue, Suite 500 West
(301) 654-0896 telephone
(301) 907-9591 facsimile
*Attorneys for Marriott International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____4th_____ day of **November, 2016**, a copy of the foregoing **Notice of Removal** was served electronically and/or via first class mail, postage prepaid on the following:


William P. Lightfoot, Esquire #313593
Paulette E. Chapman, Esquire #416437
Kelly J. Fisher, Esquire #488431
Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500 telephone
(202) 785-3719 facsimile
kfisher@koonz.com


_____
Walter E. Gillcrist, Jr., Esquire, Bar No.398328